RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for William Jones

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM JONES,<br><br>    Defendant. | Case No. 2:18-CR-245-APG-VCF<br><br>**NOTICE OF DEFENDANT'S ASSERTION OF TEMPORARY RIGHT TO CUSTODY UNDER THE INTERSTATE AGREEMENT ON DETAINER'S ACT**<br><br>**ORDER** |

William Jones hereby asserts his right to temporary federal custody under the Interstate Agreement on Detainers Act, 18 U.S.C. app. 2, Art. IV(e). He requests that he be transferred to federal custody at this time.

Jones was charged by a federal grand jury on August 15, 2018, with Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g). ECF No. 1. At the time, Jones was in state custody facing additional charges. Jones made his initial appearance in this case on August 22, 2018, pursuant to a writ. ECF Nos. 6, 8. At that hearing, Jones acknowledged and waived his rights under the Interstate Agreement on Detainers Act. ECF No. 11. As a result, he has remained in state custody pending the resolution of this case.

On May 14, 2019, the Court sentenced Jones in this case. ECF No. 29. His state court case is pending with an August trial date.

Jones now invokes his right to temporary federal custody and requests a transfer to Nevada Southern Detention Center pending the resolution of his state court case and his designation to a federal facility to serve the remainder of his federal sentence.

DATED this 14th day of May, 2019.

                                            RENE L. VALLADARES
                                            Federal Public Defender

                                  By: */s/ Kathryn C. Newman*
                                            KATHRYN C. NEWMAN
                                            Assistant Federal Public Defender
                                            Attorney for William Jones

## **IORDER**

IT IS HEREBY ORDERED, for the foregoing reasons, Defendant William Jones is remanded to the custody of the U.S. Marshals.

                                            _____
                                            U.S. DISTRICT JUDGE
                                            Dated: May 14, 2019.

# **CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 14, 2019 she served an electronic copy of the above and foregoing SENTENCING MEMORANDUM by electronic service (ECF) to the person named below:

NICHOLAS TRUTANICH
United States Attorney
ALLISON REESE
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ April Graham*
Employee of the Federal Public Defender